IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                    CASE NO. 4:01cr52-RH/WCS
                                                                      4:04cv354-RH/WCS

TAURUS DESHON BAKER,

    Defendant.

_____/

## ORDER DENYING §2255 MOTION

This matter is before the court on the magistrate judge's report and recommendation (document 161), and the objections thereto (document 162). I have reviewed *de novo* the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. Defendant's motion, as amended, for relief under 28 U.S.C. §2255 (document 154) is DENIED with prejudice. The clerk shall enter judgment and close the file.

SO ORDERED this 10th day of November, 2005.

                                                s/Robert L. Hinkle
                                               Chief United States District Judge